**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6656**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LATWON JAMES, a/k/a Birdie Bird,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever, III, Chief District Judge. (7:13-cr-00012-D-1)

Submitted: August 18, 2016      Decided: August 23, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Clayton Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Leslie Katherine Cooley, Jennifer P. May-Parker, Assistant United States Attorneys, Timothy Severo, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latwon James appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion seeking a sentence reduction under Amendment 782. After reviewing the record, we conclude that the court did not abuse its discretion in denying the motion. See United States v. Mann, 709 F.3d 301, 304-05 (4th Cir. 2013) (reviewing disposition of § 3582(c)(2) motion for abuse of discretion). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED